BOTASSIS v. THANASULES.  (No. 7815.)

(Supreme Court, Appellate Division, First Department.  November 5, 1915.)

REPLEVIN ☞86—RIGHT TO ACCOUNTING—ACTIONS.

In an action merely to recover possession of a bank book, an accounting between the parties cannot be decreed.

[Ed. Note.—For other cases, see Replevin, Cent. Dig. §§ 336–340; Dec. Dig. ☞86.]

Appeal from Trial Term, New York County.

Action by Demetrius M. Botassis, as administrator, against George A. Thanasules. From a judgment for plaintiff, and an order denying a new trial, defendant appeals. Affirmed.

Argued before INGRAHAM, P. J., and LAUGHLIN, CLARKE, SCOTT, and DOWLING, JJ.

Roger Foster, of New York City, for appellant.

Samuel F. Frank, of New York City, for respondent.

PER CURIAM. The action being merely to recover possession of the bank book, there was no question presented to the court which justified it in entertaining an action for an accounting between the parties.

The judgment must therefore be affirmed, with costs, without prejudice to an action by the defendant to determine whether there was a copartnership, and for an accounting as between the parties.